1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Cacillas-Florez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No. 08mj2600
                                  )
12         Plaintiff,              )
                                  )
13 v.                              )
                                  )  **NOTICE OF APPEARANCE**
14 **FRANCISCO JAVIER CACILLAS-FLOREZ,**)
                                  )
15         Defendant.              )
                                  )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19 in the above-captioned case.

20                                         Respectfully submitted,

21 Dated: August 28, 2008                   s/ *Michelle Betancourt*
                                           **MICHELLE BETANCOURT**
22                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
23                                         michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Cacillas-Florez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2600 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **FRANCISCO JAVIER CACILLAS -FLOREZ,** | ) | |
| Defendant. | ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      Assistant United States Attorney
      Efile.dkt.gc2@usdoj.gov

Dated: August 28, 2008        s/ Michelle Betancourt
      MICHELLE BETANCOURT
      Federal Defenders
      225 Broadway, Suite 900
      San Diego, CA 92101-5030
      (619) 234-8467 (tel)
      (619) 687-2666 (fax)
      e-mail: michelle_betancourt@fd.org